T. H. ALLEN v. JAMES C. DAVIS, APPOINTED BY THE PRESIDENT, UNDER SECTION 206, TRANSPORTATION ACT OF 1920.

(Filed 15 October, 1924.)

APPEAL by plaintiff from *Calvert, J.,* and a jury, at April Term, 1924, of COLUMBUS.

*Powell & Lewis and E. K. Bryan for plaintiff.*
*Rountree & Carr and L. J. Poisson for defendant.*

PER CURIAM. The usual issues were submitted to the jury in an action for damages for personal injury. The jury, under proper instructions from the court below, answered the issue, "Was the plaintiff injured by the negligence of the defendant, as alleged in the complaint?" "No."

The issue was one of fact to be determined by a jury. They having found in favor of the defendant, we do not think the verdict and judgment should be disturbed.

No error.